UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-61894-CIV-ALTONAGA/Brown

**ROSTELL JUSTICE**,

      Plaintiff,

vs.

**NICHOLAS LAMANNA**, *et al.*,

      Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** came on for trial before the Court and a jury, the Honorable Cecilia M. Altonaga, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is

**ORDERED AND ADJUDGED** as follows, consistent with the jury's verdict:

1. Judgment is entered in favor of Plaintiff, Rostell Justice, and against Defendant, Nicholas Lamanna. Rostell Justice, shall recover **$25,000.00** from Nicholas Lamanna, for which sum let execution issue.

2. Plaintiff, Rostell Justice, shall take nothing from Defendant, Alfred T. Lamberti, as Sheriff of Broward County, Florida. Plaintiff's action against Defendant, Alfred T. Lamberti, is dismissed on the merits.

2. The Court reserves jurisdiction over any additional remedies requested by Plaintiff and any request for the award of attorney's fees and costs.

3. Postjudgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961.

Case No. 07-61894-CIV-ALTONAGA/Brown

    4.     The Clerk of the Court is instructed to **CLOSE** the case.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of March, 2009.

*/s/ Cecilia M. Altonaga*
_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record