UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-61894-CIV-ALTONAGA/Brown

**ROSTELL JUSTICE**,

    Plaintiff,

vs.

**NICHOLAS LAMANNA**, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court on Plaintiff's Verified Motion for Attorney's Fees and Costs Pursuant to 42 U.S.C. § 1988 [D.E. 46]. On June 11, 2009, Chief U.S. Magistrate Judge Stephen T. Brown entered a report and recommendation awarding Plaintiff $56,770 in attorney's fees and $3,335.04 in costs [D.E. 51]. On June 26, 2009, this Court entered its Order affirming and adopting the Magistrate Judge's Report [D.E. 53].

Accordingly, it is

**ORDERED AND ADJUDGED** that

1. Judgment is entered in favor of Plaintiff, Rostell Justice, and against Defendant, Nicholas Lamanna, for attorney's fees and costs. Rostell Justice shall recover **$56,770** in attorney's fees and **$3,335.04** in costs, for which sum let execution issue.

2. Post judgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961.

3. This case remains **CLOSED**, and any pending motions are **DENIED AS MOOT**.

Case No. 07-61894-CIV-ALTONAGA/Brown

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of July, 2009

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record